DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER LEIGH** and **MANDY LEIGH,**
Appellants,

v.

**ROBERT LEIGH,**
Appellee.

Nos. 4D2024-2895 and 4D2024-2896

[December 23, 2025]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Natasha DePrimo, Judge; L.T. Case Nos. PRC230005837 and MHC230003328.

Erin Pogue Newell of Open Book Appeals, Fort Lauderdale, for appellants.

Nancy W. Gregoire Stamper and Juliette E. Lippman of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***